IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CARRIE LUCZAK,

    Plaintiff,

Case No.: 5:07-CV-220-00-10 GRJ

vs.

SPIVEY DENTAL OF OCALA, P.A.,
SPIVEY DENTAL OF OCALA
HILLS, P.A., CENTRAL FLORIDA
DENTAL CENTERS, P.A., and
DR. BEN SPIVEY, DDS.

    Defendants.
_____/

## ANSWER

**COMES NOW,** the Defendants, CENTRAL FLORIDA DENTAL CENTERS, PA, SPIVEY DENTAL OF OCALA, PA, SPIVEY DENTAL OF OCALA HILLS, PA, and DR. BEN SPIVEY, DDS, and files this Answer to Plaintiff's Complaint as follows:

1. Admit
2. Admit
3. Admit
4. Deny
5. Admit
6. Admit
7. Admit
8. Admit
9. Deny
10. Admit
11. Deny

Additional paragraph 9. Admit

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via US mail to Charles Scalise, Esq., Morgan & Morgan, PA, 20 N. Orange Avenue, 16th Floor, PO Box 4979, Orlando, Florida 32802-4979, this 21 day of August, 2007.

> STEPHEN G. MURTY, ESQ. P.A.
> 307 N.W. Third Street
> Ocala, FL 34475-6638
> Tele (352) 351-1411
> Fax (352) 351-5740
> steve@smurtylaw.com
> Florida Br #
>
> By: Stephen G. Murty, Esq.