# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

CARRIE LUCZAK,

        Plaintiff,

vs.                                 Case No. 5:07-cv-220-Oc-10GRJ

SPIVEY DENTAL OF OCALA, P.A.,

        Defendant.
_____

| JUDGE | Gary R. Jones | DATE<br>TIME | August 13, 2008<br>3:05 p.m. - 3:30 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Donna DeNicola | TAPE/REPORTER | DIGITAL |
| COUNSEL/PLTF.(s) | Kelly Amritt | COUNSEL/DEFT.(s) | S. Ray Gill |

## CLERK'S MINUTES -
## TELEPHONIC PRELIMINARY PRETRIAL CONFERENCE

Comments by counsel.

Deadlines:

    Expert Disclosures by Defendant: 8/20/08
    Discovery: 9/22/08
    Mediation: 10/20/08
    Third Party Claims/Joinder of Parties/Dispositive Motions: 10/20/08
    Pretrial conference: 12/17/08
    Jury trial set for term commencing 1/5/09.

Court designates Jean Bice as mediator.

**ORDER TO ENTER.**


cc: Maurya McSheehy