UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CARRIE LUCZAK,

    Plaintiff,

       v.                                  Case No.:  5:07-cv-220-00-10GRJ

SPIVEY DENTAL OF OCALA, P.A.,
SPIVEY DENTAL OF CALA HILLS, P.A.,
CENTRAL FLORIDA DENTAL CENTERS,
P.A., and DR. BEN SPIVEY, DDS

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, CARRIE LUCZAK, notifies this Court that the parties have reached a negotiated resolution of Plaintiff's claims against Defendant in the above referenced matter. To that end, the parties are finalizing the terms of their resolution and anticipate filing the appropriate dismissal documents with this Court within the next three (3) weeks.

                                                  Respectfully submitted,

                                                  **/s KELLY AMRITT**
                                                  Kelly Amritt, Esquire
                                                  Florida Bar No.: 648779
                                                  E-mail:  kamritt@forthepeople.com
                                                  MORGAN & MORGAN, P.A.
                                                  7450 Griffin Road, Suite 230
                                                  Davie, Florida 33314
                                                  Telephone:  (954) 318-0268
                                                  Facsimile:  (954) 333-3515

                                                  Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 06th day of October 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all Counsel of record.

s/ KELLY AMRITT
KELLY AMRITT
