# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**CARRIE LUCZAK,**

        **Plaintiff,**

-vs-                                  Case No. 5:07-cv-220-Oc-10GRJ

**SPIVEY DENTAL OF OCALA, P.A., SPIVEY DENTAL OF OCALA HILLS, P.A., CENTRAL FLORIDA DENTAL CENTERS, P.A., and DR. BEN SPIVEY, DDS,**

        **Defendants.**

_____/

## ORDER OF DISMISSAL

The Court has been notified that the above-styled cause has been settled, it is

**ORDERED** that this cause be and the same is hereby **DISMISSED**, subject to the right of any party to move within 60 days of the date of entry of this Order, to reopen the action, upon good cause shown, or to submit a stipulated form of final order or judgment.

**BY ORDER OF THE COURT**, this 8th day of October, 2008.

                                                **FOR THE COURT**,

                                        By: _*Maurya McSheehy*_
                                            Maurya McSheehy, Deputy Clerk

Copies to:
Counsel of Record